JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CLIVE ANTHONY HAMILTON, | No. 2:19-cv-05940-RSWL (JDE) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN MARTINEZ, | |
| Respondent. | |

Pursuant to the Order re: Summary Dismissal of Action,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: 7/18/2019

                                              s/ RONALD S.W. LEW
                                              RONALD S.W. LEW
                                              United States District Judge